TOLEDO BAR ASSOCIATION *v.* CARRIGAN.

[Cite as *Toledo Bar Assn. v. Carrigan* (1994), 71 Ohio St.3d 256.]

(No. 93–2536—Submitted November 2, 1994—Decided December 20, 1994.)

*George Gernot III* and *David F. Cooper,* for relator.

*William M. Connelly* and *Steven R. Smith,* for respondent.

---

*Per Curiam.* Based upon our review, the findings and recommendations of the board are affirmed. Respondent is hereby publicly reprimanded and costs are taxed to him.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would dismiss the cause.